IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 22 2007

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| JONATHAN MORGAN, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 4:04cv447 |
| | § | |
| THE PLANO INDEPENDENT SCHOOL DISTRICT, et al., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced civil action, this Court having heretofore ordered this case be referred to the United States Magistrate Judge for all pretrial purposes.

The report of the United States Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of "Individual Defendants' Motion to Dismiss Based on Qualified Immunity" [Dkt. No. 30], has been presented for consideration.

The Court, having made a *de novo* review of the objections raised by Plaintiffs[1] and Defendants thereto, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiffs and Defendants are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

---

[1] The Court notes that Plaintiffs did not object to the granting of Defendants' motion as it pertains to Defendant John Beasley in his individual capacity.

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court.

**SIGNED** this 22nd day of March, 2007.

*/s/ Richard A. Schell*

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE