IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JONATHAN MORGAN, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CASE NO.  4:04CV447 |
| | § | |
| | § | |
| THE PLANO INDEPENDENT | § | |
| SCHOOL DISTRICT, et al. | § | |
| | § | |
| Defendants. | § | |

**REPORT AND RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE**

Now before the Court are Defendant's Motion for Entry of Judgment Dismissing Plaintiffs' Claims Against Jackie Bomchill (Dkt. 297) and Defendants' Motion to Dismiss Plaintiffs' Claims Against Suzie Snyder and Lisa Long (Dkt. 299).  Based on Plaintiffs' response that they do not oppose the relief requested as to Bomchill, Snyder and Long (*see* Dkts. 341 & 342), and in accordance with the Fifth Circuit's opinion in this matter, the Court finds that the motions (Dkts. 297 & 299) should be GRANTED and that the claims against Defendants Bomchill, Snyder and Long should be DISMISSED with prejudice and Defendants shall recover their costs from Plaintiffs.

Within fourteen (14) days after service of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the magistrate judge.  28 U.S.C.A. § 636(b)(1)(C).

     Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings and recommendations and from appellate review of factual findings accepted or adopted by the district court except on grounds of plain error or manifest injustice. *Thomas v. Arn*, 474 U.S. 140, 148 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988).

     **SIGNED this 17th day of July, 2012.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE