IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JONATHAN MORGAN, et al. | § |
| | § |
| Plaintiffs, | § |
| | § |
| V. | §    CASE NO. 4:04CV447 |
| | § |
| | § |
| THE PLANO INDEPENDENT | § |
| SCHOOL DISTRICT, et al. | § |
| | § |
| Defendants. | § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 18, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Entry of Judgment Dismissing Plaintiffs' Claims Against Jackie Bomchill (Dkt. 297) and Defendants' Motion to Dismiss Plaintiffs' Claims Against Suzie Snyder and Lisa Long (Dkt. 299) be GRANTED and that the claims against Defendants Bomchill, Snyder and Long be DISMISSED with prejudice and Defendants shall recover their costs from Plaintiffs.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

of the court.  Therefore, Defendant's Motion for Entry of Judgment Dismissing Plaintiffs' Claims Against Jackie Bomchill (Dkt. 297) and Defendants' Motion to Dismiss Plaintiffs' Claims Against Suzie Snyder and Lisa Long (Dkt. 299) are GRANTED.  The claims against Defendants Bomchill, Snyder and Long are DISMISSED with prejudice, and Defendants shall recover their costs from Plaintiffs.

    **IT IS SO ORDERED.**

    **SIGNED this the 28th day of September, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE