UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JONATHAN MORGAN, by and through his parents and legal guardians, DOUG MORGAN and ROBIN MORGAN, DOUG MORGAN, individually, ROBIN MORGAN, individually, MICHAEL and KEVIN SHELL, by and through their parents and legal guardians, JIM and SUNNY SHELL, MICHAELA WADE, by and through her parent and legal guardian, CHRISTINE WADE, BAILEY WADE, by and through her parent and legal guardian, CHRISTINE WADE, MALCOLM WADE, by and through his parent and legal guardian, CHRISTINE WADE, STEPHANIE M. VERSHER, by and through her parent and legal guardian, SHERRIE VERSHER, and SHERRIE VERSHER, individually<br><br>Plaintiffs,<br><br>v.<br><br>THE PLANO INDEPENDENT SCHOOL DISTRICT, LYNN SWANSON, in her individual capacity and as Principal of Thomas Elementary School, LISA LONG, in her individual capacity and as Principal of Wells Elementary School, SUZIE SNYDER, individually, JACKIE BOMCHILL, in her individual capacity and as Principal of Rasor Elementary School, JOHN BEASLEY, individually, CAROLE GRIESDORF, in her individual capacity and as Assistant Superintendent of The Plano Independent School District, and DOUG OTTO, in his individual capacity and as the Superintendent of The Plano Independent School District,<br><br>Defendants. | Civil Action No. 4:04-cv-447 |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on February 4, 2016. The conference resulted in settlement. All parties and counsel were present.

SIGNED this 18th day of February, 2016.

_____
Christopher Nolland, Assigned Mediator
Attorney-Mediator
1717 Main Street
Suite 5550, Box 39
Dallas, TX 75201-4639

    This is to certify that on February 18, 2016, I caused the foregoing document to be served electronically by having my office transmit it to the Clerk of the Court using the ECF system.

_____
Christopher Nolland